## Tuttle *verf.* Willington.

PLAINTIFF declared on a promiffory Note made by the Defendant to one Winfhip, and by him indorfed to the Plaintiff. There was a Payment to Winfhip before Affignment. When this

*Margin notes:*

1772. WHITNEY *v.* HAVEN.

the Juftice fhould aver himfelf to be fuch in the Body of the Warrant.

TUTTLE *v.* WILLINGTON.

Rec. 1772. Fol. 44.

Payment by the Maker to the Promifee of a Note on Demand is a good Defence to a fubfequent Indorfee for Value without Notice.

---

* The Plaintiff alfo objeƈted, that the Juftice had not averred himfelf a Juftice in his Warrant, but the Objeƈtion had no great Weight with the Court. The Warrant in the Juftification was introduced thus, viz : " the Tenor of which faid Warrant is as follows," — the Warrant fet out *verbatim.*

N. B. The Foreman on the other Jury, withdrawn to agree on yᵉ Verdiƈt, was fent for to teftify in this Caufe.

1772.

TUTTLE
*v.*
WILLING-
TON.

this appeared, the Court told the Plaintiff that this Point was fettled againft him on a Special Verdict, found at Cambridge, Auguft Term, 1763, in the Caufe of *Ruffell & Oaks* (1); and fo folemnly determined on full Argument in the Court-Houfe in Bofton.

*Judgment for Defendant.*